1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
       1420 E. Cooley Dr., Suite 100
3      Colton, California 92324
4      Telephone: (909) 796-4560
       Facsimile:  (909) 796-3402
5      E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                   UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 STEVEN ALVAREZ,                )    No.  EDCV 13-2038 JPR
11                                )
                                  )
12        Plaintiff,              )    ORDER AWARDING EAJA FEES
                                  )
13    v.                          )
                                  )
14                                )
   CAROLYN W. COLVIN, Acting      )
15 Commissioner Of Social Security,)
                                  )
16                                )
17      Defendant.                )

18      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19      IT IS ORDERED that EAJA fees are awarded in the amount of TWO
20 THOUSAND THREE HUNDRED FIFTY FIVE DOLLARS AND 87/100 ($2,355.87)
21 subject to the terms of the stipulation.
22      DATE:  February 17, 2015       _____
23                                     HON. JEAN ROSENBLUTH
24                                     UNITED STATES MAGISTRATE JUDGE

-1-